## GILES V. THE STATE.

(Decided Jan. 13, 1911.)

APPEAL from Tuscaloosa County Court.
Heard before Hon. H. B. FOSTER.
No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.
Per curiam.—Appeal dismissed on motion.

## HALEY V. CITY OF ANNISTON.

(Decided Jan. 12, 1911.)

APPEAL from Anniston City Court.
Heard before Hon. THOMAS W. COLEMAN, JR.
No counsel marked for either party.
Per curiam.—Affirmed on certificate.

## JOHNSON V. THE STATE.

(Decided Dec. 22, 1910.)

APPEAL from Autauga Circuit Court.
Heard before Hon. W. W. Pearson.
No counsel marked for either party.
Per curiam.—Appeal abated by death of appellant.